# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOWARD<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No. 8:19-cv-01099-JVS-KES<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff William Howard and Defendant Equifax Information Services, LLC ("Defendant") have announced to the Court that all matters in controversy against Defendant have been resolved. A Stipulation of Dismissal with Prejudice of Defendant has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Defendant, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff William Howard against Defendant Equifax Information Services, LLC

are in all respect dismissed with prejudice, with costs to be paid by the party incurring the same.

Dated this 11th day of February, 2020.

_____
Honorable James V. Selna
United States District Judge